IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EVANS JONES, )
)
Plaintiff, )
)
-vs- )
)
CITY OF CHICAGO and )
CHICAGO POLICE OFFICERS )
COREY FLAGG, #9386 and )
BRODERICK JONES, #17432, )
)
Defendants. )

DOCKETED

AUG 2 7 2002

No. 02 C 02C 6077

*(jury demand)*  JUDGE BUCKLO

MAGISTRATE JUDGE KEYS

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1.  This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2.  Plaintiff Evans Jones is a resident of the Northern District of Illinois.

3.  Defendant CITY OF CHICAGO is an Illinois municipal corporation.

4.  Defendants COREY FLAGG, #9386 and BRODERICK JONES, #17432 were at all times relevant acting under color their authority as Chicago police officers.

5.  On September 26, 2001, defendants FLAGG and JONES arrested plaintiff and caused plaintiff to be charged with a criminal offense. Defendants FLAGG and JONES fabricated the evidence on which they made this arrest and did not have a lawful basis on which to make this arrest.

- 2 -

6.  Thereafter, defendants FLAGG and JONES concealed defendant's inno-
    cence of any criminal wrongdoing from the prosecutors and thereby
    caused plaintiff to be held in custody for 8 months awaiting trial.

7.  All charges against plaintiff were dismissed on August 20, 2002.

8.  Defendants FLAGG and JONES committed the misconduct referred to
    above as the result of the deliberate indifference of defendant City of Chi-
    cago to the fabrication of evidence by its police officers.

9.  As the direct and proximate result of the above described acts, plaintiff
    was deprived of rights secured by the Fourth and Fourteenth Amendment
    to the Constitution of the United States and subjected to the Illinois tort of
    malicious prosecution.

10. Plaintiff hereby demands trial by jury.

    Wherefore plaintiff requests that judgment be entered in his favor and
against defendants in an amount in excess of one hundred thousand dollars as
compensatory damages and against defendants FLAGG and JONES in the
amount of one hundred thousand dollars as punitive damages.

KENNETH N. FLAXMAN, #339
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
(312) 427-3200
*attorney for plaintiff*

Civil Cover Sheet                                                                                    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**DOCKETED**

AUG 2 7 2002

# **Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

---

**Plaintiff(s): Evans Jones**

County of Residence: Cook

Plaintiff's Atty:  Kenneth N. Flaxman
Kenneth N. Flaxman P.C.
122 S Michigan Ave.,Ste 1850
(312) 427-3200

**Defendant(s):City of Chicago, Corey Flagg and Broderick Jones**

County of Residence:

Defendant's Atty:

**02C 607 7**

JUDGE BUCKLO

---

II. Basis of Jurisdiction:          **3. Federal Question (U.S. not a party)**     MAGISTRATE JUDGE KEYS

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                Plaintiff:- **N/A**
                Defendant:- **N/A**

IV. Origin :                         **1. Original Proceeding**

V. Nature of Suit:                   **440 Other Civil Rights**

VI. Cause of Action:                 **42 U.S.C. §1983: fabrication of evidence by police officers**

VII. Requested in Complaint
                Class Action: **No**
                Dollar Demand: **$100,000**
                Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: _____ 8/26/02 _____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.
Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          Revised: 06/28/00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Eastern Division

**DOCKETED**

AUG 2 7 2002



In the Matter of

Evans Jones -vs- City of Chicago, et a..,

Case Number:

**02C 607 7**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**JUDGE BUCKLO**

Evans Jones

~~MAGISTRATE JUDGE KEYS~~

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Kenneth N. Flaxman | NAME |
| FIRM Kenneth N. Flaxman P.C. | FIRM |
| STREET ADDRESS 122 S Michigan Ave, Ste 1850 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 427-3200 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 08830399 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ✔ NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES ✔ NO | TRIAL ATTORNEY? YES NO |
| | DESIGNATED AS LOCAL COUNSEL? YES NO |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES NO | MEMBER OF TRIAL BAR? YES NO |
| TRIAL ATTORNEY? YES NO | TRIAL ATTORNEY? YES NO |
| DESIGNATED AS LOCAL COUNSEL? YES NO | DESIGNATED AS LOCAL COUNSEL? YES NO |